Form fnldecree

# United States Bankruptcy Court
## Western District of Louisiana

Case No.: 05−81335
Chapter: 13
Judge: Henley A. Hunter

**In Re:**
Karen Denise James
(*debtor has no known aliases*)
121 20th Street
Alexandria, LA 71301

**Social Security No.:**
xxx−xx−5453

**Employer's Tax I.D. No.:**

### FINAL DECREE

The court having found that the estate of the above named debtor(s) or debtor(s) in possession has been fully administered in accordance with the procedures required by Rule 5009 or Rule 3022, F.R.Bk.P.;

**IT IS ORDERED THAT** the trustee (if any) herein is hereby discharged; that unless there is a blanket bond herein, the trustee's surety is hereby discharged; that regardless of whether the trustee's bond herein is a case bond or a blanket bond, the surety is relieved of any liability for the actions or inactions of the trustee that may be incurred after the termination of its suretyship, but is not relieved of any liability for the actions or inactions of the trustee incurred during its suretyship; and that this case be and the same is hereby closed pursuant to 11 U.S.C., Section 350.

Dated: 3/1/2011

/s/Henley A. Hunter
U.S. Bankruptcy Court Judge